AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 18 71734 MAG |
| JOHN MAGAT | ) | FILED |
| | ) | DEC 11 2018 |
| Defendant(s) | ) | SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 11, 2018  in the county of  Monterey  in the
Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. Section 922 (g)(1) | Felon in possession of firearms<br><br>PENALTIES:<br>Maximum term of imprisonment of ten (10) years; maximum $250,000 fine; maximum term of supervised release of three (3) years; mandatory $100 special assessment fee; potential forfeiture |

This criminal complaint is based on these facts:
Please see attached affidavit.
NO BAIL ARREST WARRANT REQUESTED

Approved as to form: Katie Griffin, AUSA  /s/

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI Special Agent Brian Walsh
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/11/2018 1:00 p.m.

_____
Judge's signature

City and state:   San Jose, CA   Hon. Nathanael Cousins, U.S. Magistrate Judge
Printed name and title

<u>Affidavit of FBI Special Agent Brian Walsh</u>

I, Brian Walsh, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose, and say:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI, and I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a law enforcement officer for over 16 years. I am currently assigned to the FBI's San Francisco Division's Monterey Bay Resident Agency, where I primarily investigate drug trafficking organizations and violent criminal gangs.

2. Since 2002, I have served as a Supervisory Special Agent, a Special Agent, and as a supporting Agent of the FBI. In these roles, I have participated in numerous investigations of drug trafficking organizations, violent criminal street gangs, and other federal offenses. During these investigations, I have used many investigative tools, including (but not limited to) electronic surveillance (i.e. wire and electronic interception of cellular telephones), physical surveillance, debriefing of subjects/defendants, interviews of witnesses and cooperating persons, search and arrest warrants, handling and supervising cooperating sources (whether to collect information, conducting proactive transactions, or conduct consensually recorded meetings/calls), and the analysis of documentation and records (such as phone records and financial records).

3. I attended a sixteen-week formal training at the FBI's New Agent Training Academy, and have received approximately 40 hours of formal training in the area of drug and gang investigations from the California Gang Task Force and the Northeast Counterdrug Training Center. Throughout my law enforcement career, and as part of my participation in this investigation, I have

spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

4. During this investigation and others, I have become familiar with the methods and means used by gang members and street gangs to conduct illegal activity and thwart law enforcement detection. I have also become familiar with the ways in which gang members show their affiliation and interact with each other and rival gang members.

5. More specifically, I have become familiar with ways in which criminal street gang members utilize firearms in order to protect themselves from rival gang members and to commit violence on behalf of their criminal street gang. The commission of violence by a street gang member on behalf of their gang may be done for various reasons, including to increase that member's status in the gang, to send a message to others that they are strong and powerful and not to be provoked, to maintain or acquire territory in which to conduct their illegal activities, to intimidate witnesses against them, and to discourage those in the community from cooperating with law enforcement.

6. Based on my training and experience, I know that gang members are often forced to acquire guns outside of traditional stores, as they are typically prohibited by law from purchasing and possessing firearms.

7. The statements contained in this affidavit are based on my own training and experience and personal involvement in this investigation, as well as information relayed to me by other law enforcement officers involved in the investigation.

8. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me that supports probable cause. Rather, I have set forth those facts that I believe are sufficient to support the issuance of the requested arrest warrant for John MAGAT for being a prohibited person – a felon – in possession of firearms, in violation of 18 U.S.C. § 922(g)(1).

## STATEMENT OF PROBABLE CAUSE

9. On December 10, 2018, the Honorable Nathanael Cousins, United States Magistrate Judge, authorized a search warrant for the property located at 1340 Las Cruces Court in Salinas, California, located in the Northern District of California, and believed to be the residence of John MAGAT (hereinafter, the "MAGAT Residence"). *See* 5:18-CR-71731-NC.

10. On December 11, 2018, at approximately 6:00AM, special agents with the FBI, in conjunction with other state and local law enforcement officers, executed this search warrant at the MAGAT Residence. During the search of the MAGAT Residence, a backpack was found inside a closet in what appeared to be the largest upstairs bedroom (herein, the "master bedroom"). Inside the backpack were two firearms: (1) a black MAC-11 firearm, bearing serial number 87-0005684; and (2) a black Glock 22, .40 caliber, handgun bearing serial number DUA017US. Based on my training and experience, I believe that these firearms were weapons designed to or may readily be converted to expel a projectile by the action of an explosive. Furthermore, there is probable cause to believe that these firearms traveled in or affected interstate commerce because (1) the MAC-11 had "Atlanta, Georgia" engraved on its surface, and (2) I know that Glocks are not manufactured in California.

11. Inside this closet, law enforcement also found men's clothing and Norteno gang paraphernalia, including two hats, one of which was red with an "N" and the other was black with the words "sucka free." I know that red and the letter "N" are indicators of affiliation with a Norteno street gang. I also know that "sucka free" is a negative reference to rival Sureno street gang members. Additionally, several "kites" or notes written between Noretno gang members were located in this closet. No women's clothing was found inside the closet.

12. During the time of the execution of the search warrant, MAGAT was located in the master bedroom. Three additional females were located at the residence. Also in the master bedroom

3

were various items indicating occupancy by MAGAT, including prescription pill bottles for "John Magat."

13. On November 8, 2018, MAGAT was convicted of: (1) possess/purchase for sale narcotics/controlled substance, a felony, in violation of California Health and Safety Code 11351; and (2) participation in a criminal street gang, a misdemeanor, in violation of California Penal Code Section 186.22. As a term of MAGAT's ensuing probation, MAGAT was required to register as a gang member. As a part of this process, MAGAT admitted to being a Norteno gang member.

14. MAGAT has at least one gang-related tattoo – specifically the tattoo of "MURDER SQUAD" on his wrist. Based on my knowledge of this investigation, I believe this tattoo indicates affiliation with a subset of Norteno gang members who commit various shootings in Salinas.

## CONCLUSION

15. Based on all of the foregoing, I respectfully submit that there is probable cause to believe that John MAGAT has violated Title 18, United States Code, Section 922(g)(1).

Brian Walsh
Special Agent, Federal Bureau of Investigation

Sworn to before me this
_11_ day of December, 2018

HONORABLE NATHANAEL COUSINS
United States Magistrate Judge